NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

WILLIE LEE WINTONS,                )
                                   )
      Appellant/Cross-          )
      Appellee.                 )
                                   )
v.                                 )      Case No. 2D17-2659
                                   )
STATE OF FLORIDA,                  )
                                   )
      Appellee/Cross-           )
      Appellant.                )
_____    )

Opinion filed September 28, 2018.

Appeal from the Circuit Court for Pinellas
County; Joseph A. Bulone, Judge.

Howard L. Dimmig, II, Public Defender,
and Jean Marie Henne, Special Assistant
Public Defender, Bartow, for Appellant/
Cross-Appellee.

Pamela Jo Bondi, Attorney General,
Tallahassee, and Jonathan P. Hurley,
Assistant Attorney General, Tampa,
for Appellee/Cross-Appellant.


PER CURIAM.


      Affirmed.


NORTHCUTT, VILLANTI, and ROTHSTEIN-YOUAKIM, JJ., Concur.